JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CV-06-3081-LRS |
| vs. | ORDER DISMISSING CASE |
| DAVID L. QUEVEDO and CONNIE S. QUEVEDO, Husband and Wife; HOUSEHOLD FINANCE CORPORATION III, | |
| Defendants. | |

BASED UPON the Stipulation for Voluntary Dismissal (Ct. Rec. 12) filed on February 28, 2007,

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice.

DATED this 2nd day of March, 2007.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

PRESENTED BY:

JAMES A. McDEVITT
United States Attorney

s/Frank A. Wilson
FRANK A. WILSON
Assistant U.S. Attorney

ORDER DISMISSING CASE - 1
[F70301kd.FAWquevedo]